UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL PETITE,<br>     Plaintiff<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>     Defendant. | Case No. 5:15-cv-543-GJS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: January 27, 2016      _____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE